IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY COCHRAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-18-1105-R |
| UNKNOWN CUSTODY STAFF, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a federal prisoner appearing *pro se*, filed this *Bivens* action on November 9, 2018. *See* Doc. 1; *see also* Doc. 7. Pursuant to 28 U.S.C. § 636(b)(1), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. *See* Doc. 3. On April 11, 2019, Judge Mitchell issued a Report and Recommendation, wherein she recommended the action be dismissed. *See* Doc. 12. Plaintiff has neither filed an objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted, and the action is dismissed without prejudice. In light of this dismissal, Plaintiff's motions of leave to proceed *in forma pauperis*, *see* Docs. 8, 11, are denied as moot.

IT IS SO ORDERED this 8th day of May, 2019.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE